**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| ALISON K. BRITT | ) | CASE NO. 17-71390 |
| AKA ALISON KAY BRITT | ) | CHAPTER 13 |
| AKA ALISON JAY BROOKS | ) | |
| DEBTOR | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 1704E WASHINGTON ST, THOMASVILLE, GA 31792 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******0168**

NOW COMES Primary Capital Advisors, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a secured creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Mallory Velten
Brock and Scott, PLLC
Attorneys at Law
4360 Chamblee Dunwoody Rd. Suite 310
Atlanta, GA 30341
gabkr@brockandscott.com

Dovenmuehle Mortgage Company
1 Corporate Drive
Suite 360
Lake Zurich, Illinois 60047

Please take notice that Mallory Velten hereby appears as counsel for Primary Capital Advisors pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor

with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above named Creditor.

          RESPECTFULLY SUBMITTED,

/s/ Mallory Velten
Mallory Velten, Attorney at Law (726971)
Brock & Scott, PLLC
4360 Chamblee Dunwoody Rd. Suite 310
Atlanta, GA 30341
404-789-2661
404-294-0919
gabkr@brockandscott.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on December 28, 2017 to the following:

Alison K. Britt, Debtor
1704 East Washington Street
Thomasville, GA 31792

William Orson Woodall, Debtor's Attorney
P.O. Box 3335
1003 Patterson Street
Valdosta, GA 31604

Kristin Hurst, Bankruptcy Trustee
P.O. Box 1907
Columbus, GA 31902-1907

US Trustee
440 Martin Luther King Jr. Boulevard
Suite 302
Macon, GA 31201
478-752-3544

/s/ Mallory Velten
Mallory Velten, Attorney at Law (726971)
Brock & Scott, PLLC
4360 Chamblee Dunwoody Rd. Suite 310
Atlanta, GA 30341
404-789-2661
404-294-0919
gabkr@brockandscott.com