# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

|  |  |
|---|---|
| IN RE: | CASE NO. 17-71390 |
| ALISON K. BRITT, | CHAPTER 13 |
| DEBTOR |  |

## OBJECTION TO CHAPTER 13 PLAN

**COMES NOW** Primary Capital Mortgage, LLC (hereinafter "Creditor"), a secured creditor in the above-captioned case, by and through counsel, Brock & Scott, PLLC, and objects to confirmation of the Debtor's Chapter 13 Plan, respectfully showing the Court as follows:

1. On December 18, 2017, the Debtor filed a petition with the Bankruptcy Court for the Middle District of Georgia under Chapter 13 of Title 11 of the United States Code.

2. Creditor holds a secured claim by virtue of a first mortgage lien on real property (hereinafter "Property") described in that Security Deed recorded in the Thomas County Register of Deeds in Book 2040 at Page 309 (hereinafter "Security Deed"), with an address of 1704 East Washington Street, Thomasville, GA 31792.

3. Creditor holds or is otherwise entitled to enforce a Note secured by the first lien Security Deed from the Debtor in the original principal amount of $176,739.00 and dated August 19, 2016.

4. Creditor does not accept Debtor's plan as proposed. The plan does not provide for treatment of the pre-petition mortgage arrearage. Creditor will timely file a proof of claim reflecting a pre-petition arrearage of approximately $1,229.00.

**WHEREFORE**, Creditor prays the Court grant the following relief:

1. Set this matter for hearing at a date and time later to be determined by the Court;

2. Require Debtor's plan be modified to accurately reflect the mortgage arrearage due on Creditor's claim; and

3. Provide such other and further relief that the Court may deem just and proper.

This, the 16th day of January, 2018.

                                        */s/ Mallory Velten*
                                        Mallory Velten (GA. Bar No. 726971)
                                        Attorney for Primary Capital Mortgage, LLC
                                        Brock & Scott, PLLC
                                        4360 Chamblee Dunwoody Rd. Suite 310
                                        Atlanta, GA 30341
                                        Ph: 404-789-2661
                                        Fax: 404-294-0919
                                        gabkr@brockandscott.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

|  |  |  |
|---|---|---|
| **IN RE:** | ) ) ) ) | **CASE NO. 17-71390** |
| **ALISON K. BRITT,** | ) ) ) | **CHAPTER 13** |
| DEBTOR | ) ) |  |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the OBJECTION TO CHAPTER 13 PLAN in the above-captioned case was this day served upon the below named persons via electronic service or by mailing, postage prepaid, first class mail a copy of such instrument to each person, party, and/or counsel at the addresses shown below:

| Alison K. Britt<br>1704 East Washington Street<br>Thomasville, GA 31792 | William Orson Woodall<br>P.O. Box 3335<br>1003 Patterson Street<br>Valdosta, GA 31604<br>*Served via CM/ECF* | Kristin Hurst<br>P.O. Box 1907<br>Columbus, GA 31902-1907<br>*Served via CM/ECF* |
|---|---|---|

This, the 16th day of January, 2018.

> */s/ Mallory Velten*
> Mallory Velten
> Brock & Scott, PLLC
> 4360 Chamblee Dunwoody Rd. Suite 310
> Atlanta, GA 30341
> Ph: 404-789-2661
> Fax: 404-294-0919
> *gabkr@brockandscott.com*